UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT WORCESTER

| | |
|---|---|
| CHERYL A. MONTANARI | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| BLAIRE HOUSE OF MILFORD; ESSEX | ) |
| GROUP MANAGEMENT CORP. | ) |
| THOMAS SULLIVAN, alias; and | ) |
| MAUREEN GULINO, alias | ) |
| Defendants | ) |
| | ) |

C.A. No. 04-40012-NMG

## NOTICE OF WITHDRAWAL OF REMOVAL PETITION

The defendants, BLAIRE HOUSE OF MILFORD, ESSEX GROUP MANAGEMENT CORP., THOMAS SULLIVAN, alias; and MAUREEN GULINO, alias (collectively, "Defendants") hereby notify this Court of its withdrawal of Verified Notice of Removal of Action Under 28 USC §1441(b) filed January 22, 2004 ("Notice"). The withdrawal of the Notice is based on Plaintiff's withdrawal of all federal law claims, is evidenced by the attached Stipulation.

Respectfully Submitted,

Defendants,
By their attorney,

Valerie S. Carter
Valerie S. Carter
BBO No. 545412
CARTER & DOYLE LLP
530 Atlantic Avenue
Boston, MA 02210
617-348-0525
vcarter@carterdoyle.com

DATED: April 20, 2004

CERTIFICATE OF SERVICE

I hereby certify that on _April 20, 2004_ a true copy of the above document

was served upon the attorney of record for each other party by mail, postage prepaid.

_Valerie S. Carter_
Valerie S. Carter, Esq.

## COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SC.                                    **SUPERIOR COURT**

CHERYL A. MONTANARI                   :
    **Plaintiff,**                                  :
                                                           :
    **vs.**                                             :            **WOCV2003-02473-B**
                                                           :
**BLAIRE HOUSE OF MILFORD;**        :
**ESSEX GROUP MANAGEMENT CORP.,**   :
**THOMAS SULLIVAN, alias; and**     :
**MAUREEN GULINO, alias,**          :
    **Defendants**                              :

### STIPULATION

The undersigned parties hereby stipulate and agree as follows:

1.      That Plaintiff will file an Amended Complaint, withdrawing claims pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§12101, et seq., or Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §2000e, et seq.

2.      That Plaintiff will not seek to further amend the Amended Complaint to include any claims based on any other federal statute or law giving rise to federal question jurisdiction, including claims pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§12101, et seq., or Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §2000e, et seq.

3.      That Defendants will withdraw the Verified Notice of Removal of Action dated January 20, 2004, filed pursuant to 28 U.S.C. §1441(b).

Attorneys for the Plaintiff,
SINAPI, FORMISANO & COLEMAN, LTD.

Louise A. Herman (#548995)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690

Date: 3/4/04

Attorneys for Defendants,
CARTER & DOYLE, LLP

Valerie S. Carter
530 Atlantic Ave., 3rd Floor
Boston, MA 02210
(617) 348-0525

Date: 4/5/04