UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT WORCESTER

FILED
CLERK'S OFFICE

2004 MAY 11  P 1: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHERYL A. MONTANARI )<br>        Plaintiff )<br>)<br>vs. )<br>)<br>BLAIRE HOUSE OF MILFORD )<br>ESSEX GROUP MANAGEMENT )<br>CORP., THOMAS SULLIVAN )<br>Alias, and MAUREEN GULINO )<br>Alias, )<br>        Defendants )<br>_____ ) | Civil Action No. 04-40012-NMG |

## JOINT MOTION TO DISMISS AND REMAND TO STATE COURT

All parties hereto submit this Joint Motion to Dismiss this action without prejudice and to Remand to Worcester Superior Court. As grounds therefor, the parties state as follows:

1. Plaintiff originally filed federal and state claims in the Worcester Superior Court on or about December 23, 2003 and served her Complaint on defendants on or about January 18, 2004. Thereafter, on January 22, defendants filed, in this Court, a Verified Notice of Removal of Action Under 28 U.S.C. §1441(b).

2. On or about April 5, 2004 the parties entered into a Stipulation in which the plaintiff agreed to withdraw all her claims based on federal law. A copy of the Stipulation is attached hereto.

3. Pursuant to the Stipulation, plaintiff amended her Complaint in the Worcester Superior Court by withdrawing her claims based on federal

1

law. As a result the parties seek to dismiss this action and proceed in state court. However, the dismissal is without prejudice in the event that plaintiff attempts to reassert claims based on federal law.

WHEREFORE, all parties hereto request entry of dismissal without prejudice and without costs as prayed for above.

| PLAINTIFF,<br>By her attorney, | DEFENDANTS<br>By their attorney, |
|---|---|
| Louise A. Herman, Esq.<br>BBO No. 548995<br>Sinapi, Formisano & Coleman Ltd.<br>101 Midway Place, Suite 1<br>Cranston, RI 02920-5707<br>401-944-9690 | Valerie S. Carter, Esq.<br>BBO No. 545412<br>CARTER & DOYLE LLP<br>530 Atlantic Avenue<br>Boston, MA 02210<br>617-348-0525 |

DATED: May 10, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2004 a true copy of the above document was served upon the attorney of record for each other party by mail, postage prepaid.

*Valerie S. Carter*
Valerie S. Carter, Esq.

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SC.                                    SUPERIOR COURT

CHERYL A. MONTANARI
    Plaintiff,

vs.                                               WOCV2003-02473-B

BLAIRE HOUSE OF MILFORD;
ESSEX GROUP MANAGEMENT CORP.,
THOMAS SULLIVAN, alias; and
MAUREEN GULINO, alias,
    Defendants

## STIPULATION

The undersigned parties hereby stipulate and agree as follows:

1.    That Plaintiff will file an Amended Complaint, withdrawing claims pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§12101, et seq., or Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §2000e, et seq.

2.    That Plaintiff will not seek to further amend the Amended Complaint to include any claims based on any other federal statute or law giving rise to federal question jurisdiction, including claims pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§12101, et seq., or Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §2000e, et seq.

3.    That Defendants will withdraw the Verified Notice of Removal of Action dated January 20, 2004, filed pursuant to 28 U.S.C. §1441(b).

Attorneys for the Plaintiff,
SINAPI, FORMISANO & COLEMAN, LTD.

_____
Louise A. Herman (#548995)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690

Date: 3/4/04

Attorneys for Defendants,
CARTER & DOYLE, LLP

_____
Valerie S. Carter
530 Atlantic Ave., 3rd Floor
Boston, MA 02210
(617) 348-0525

Date: 4/5/04