```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

Cheryl A. Montanari,
    Plaintiff(s)
                                CIVIL ACTION
    V.                        NO. 04cv40012-FDS

Blaire House of Milford,
et al.,
    Defendant(s)


**SAYLOR, D.J.**

### ORDER FOR REMAND

In accordance with the Court's allowance of Motion to remand issued on 10/1/04 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Superior Court for further proceedings.

                                                  By the Court,

DATED: <u>October 1, 2004</u>

                                                 <u>/s/ Martin Castles</u>
                                                 Deputy Clerk